UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY LAMARR DIXON, | No. ED CV 06-1021-CJC (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT J. HERNANDEZ, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 30, 2009

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE